**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CARDINAL HEALTH 110, INC., et al.**                                                     **PLAINTIFFS**

**V.**                                  **CIVIL ACTION NO. 1:08-CV-67-SA-JAD**

**SMITHVILLE PHARMACY, INC., et al.**                                         **DEFENDANTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1)     The Plaintiffs' Motion for Summary Judgment against Smithville Pharmacy, Inc. [28] is **GRANTED**; and

(2)     The Plaintiffs' Motion for Summary Judgment against S. Phillip Carson [28] is **GRANTED.**

(3)     Plaintiffs shall file a detailed accounting of interest accrued and attorney's fees incurred, and a brief in support of their demand thereof within ten (10) days of the entry of this order; Defendants shall file their response within ten (10) days thereafter.

**SO ORDERED** this the 8th day of May, 2009.

                                                                      **/s/ Sharion Aycock**
                                                                      **UNITED STATES DISTRICT JUDGE**